# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1536
_____

KAVONYA D. COOPER,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 21, 2020

PER CURIAM.

DENIED. *See Futch v. Fla. Dep't of Highway Safety & Motor Vehicles*, 189 So. 3d 131, 132 (Fla. 2016) (reminding district courts that they "must exercise caution not to expand certiorari jurisdiction to review the correctness of the circuit court's decision"; that "second-tier certiorari should not be used simply to grant a second appeal"; and that "it should be reserved for those situations when there has been a violation of a clearly established principle of law resulting in a miscarriage of justice").

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.